IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL<br>FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| RABIH ARIDI | | |
| | : | NO. 02-2920 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Friday, January 10, 2003.**\*** **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                              Michael E. Kunz
                                                              Clerk of Court

**\*Case continued from 12/12/02**
**NO FURTHER CONTINUANCES**
**WILL BE GRANTED WITHOUT**
**COURT APPROVAL**                                    By:_____
                                                              ADRIENNE MANN
                                                              Deputy Clerk
                                                              Phone:267-299-7075

Date:<u>December 5, 2002</u>

Copies:       Geraldine Keane, Courtroom Deputy to Judge Padova
                  Docket Clerk - Case File

                  Counsel: Christopher C. Negrete, Esq.
                            Rabih Aridi, Esq.

                  Arbitrators: William Hirsch, Esq., Chair
                                Penny Scott-Sedley, Esq.
                                John Phelan, Esq.

ARB2.FRM