IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | |
| Plaintiff | : | No. 02-2920 |
| v. | : | |
| RABIH ARIDI | : | |
| Defendant | : | |

## STIPULATION FOR JUDGMENT

It is hereby stipulated by and between the parties to the above-captioned action that judgment shall be entered against the Defendant, Rabih Aridi, in the amount of $162,817.28.

Date: _____       _____
                              Christopher C. Negrete
                              Attorney for Plaintiff, De Lage Landen
                              Financial Services, Inc.


Date: _____       _____
                              Rabih Aridi

## APPROVED BY THE COURT

The Stipulation for Judgment is hereby approved. Based upon the Stipulation for Judgment, judgment is entered in favor of Plaintiff and against Defendant in the amount of $162,817.28.

BY THE COURT:

_____
                              J.

140456 v1